464 A.2d 531

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued March 24, 1983.  Lawrence L. Newton, for appellant;  Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.